# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Roger B. Sippey,

Plaintiff(s),

v.

Cooper Technica, Inc. and Cooper Technica Limited Partnership #2

Defendant(s).

Case No. 18cv6744
Judge Sheila M. Finnegan

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ In favor of plaintiff Roger B. Sippey and against defendants Cooper Technica, Inc. and Cooper Technica Limited Partnership #2 in the amount of $159,096.55.
.

which ☒ includes 54,096.55 pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge Sheila Finnegan.

Date: 2/8/2021

Thomas G. Bruton, Clerk of Court

Scott White, Deputy Clerk